UNITED STATES DISTRICT COURT          **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV-12-368-R                                      Date: MARCH 19, 2012

Title:   BANK OF AMERICA N.A. et al -V- ROWENA MORENO
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

<table>
<tr><td>William Horrell</td><td>None Present</td></tr>
<tr><td>Courtroom Deputy</td><td>Court Reporter</td></tr>
</table>

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO
STATE COURT

**A district court must remand a case to state court "if at any time
before final judgment it appears that the district court lacks subject
matter jurisdiction."  28 U.S.C. 1447(c).  Because this is an unlawful
detainer action, a federal question does not present itself.  See
Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL
234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action
to state court for lack of subject matter jurisdiction where plaintiff's
complaint contained only an unlawful detainer claim).  As such,
this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**

cc: counsel of record

MINUTES FORM 11                                      Initials of Deputy Clerk ___WH____
CIVIL -- GEN